No. 07-47-WOB

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## COVINGTON

## UNITED STATES OF AMERICA
### v.
## JAMES CLIFFORD RAUCH

## INDICTMENT

18/2423(b) - Travel with intent to engage in illicit sexual conduct - 1 count

A TRUE BILL

_____
FOREPERSON

Filed in Open Court on 6/14/07

_____
CLERK

Bail, $ _____

Eastern District of Kentucky

JUN 1 4 2007

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED

JUN 1 4 2007

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                INDICTMENT NO. 07-47-WOB
                                                  18 U.S.C. § 2423(b)

JAMES CLIFFORD RAUCH

\* \* \* \* \*

THE GRAND JURY CHARGES:

On or about April 12, 2007,

**JAMES CLIFFORD RAUCH**

did knowingly travel in interstate commerce from the State of Ohio to Campbell County, in the Eastern District of Kentucky, for the purpose of engaging in illicit sexual conduct; all in violation of 18 U.S.C. § 2423(b).

A TRUE BILL

_____
FOREPERSON

_____
AMUL R. THAPAR
UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 30 years imprisonment, not more than $250,000 fine, and supervised release of any term of years or life.

**PLUS:**    Mandatory special assessment of $100 per felony count.

**PLUS:**    Restitution, if applicable.