UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
JUN 1 4 2007
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 07-47-WOB

UNITED STATES OF AMERICA                                    PLAINTIFF

V.        **MOTION OF UNITED STATES
          FOR ISSUANCE OF ARREST WARRANT**

JAMES CLIFFORD RAUCH                                        DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, James Clifford Rauch, returnable forthwith.

                              Respectfully submitted,

                              AMUL R. THAPAR
                              UNITED STATES ATTORNEY

                        By:   _____
                              Anthony Bracke
                              Assistant United States Attorney
                              700 Scott Street, Suite 300
                              Covington, Kentucky 41011
                              (859) 655-3200
                              FAX (859) 655-3212
                              Anthony.Bracke@usdoj.gov