# United States District Court
### Eastern District of Kentucky

## Office of the Clerk

Leslie G. Whitmer
Clerk of Court

Mark F. Armstrong
Chief Deputy Clerk



P.O. Box 1073
Covington, KY
41012-1073

859-392-7925

June 29, 2007

Clermont County Recorder
101 E. Main Street
Batavia, Ohio   45103

        Re:  LIS PENDENS NOTICE
            COV. CR. 07-47-WOB
            USA V.  JAMES CLIFFORD RAUCH

Gentlemen:

Enclosed is  Notice of Lis Pendens for property located in Clermont County, Ohio,
along with  a money order in the amount of $5.00 payable to the Clermont County Treasurer  for
the recording of same.

Also enclosed is a self-addressed envelope for your convenience in returning the original notice
after it has been recorded.

Your cooperation in this matter is greatly appreciated.

                             Sincerely,

                             LESLIE G. WHITMER, CLERK

                             By:   *Tammy Dallas*

                                  Deputy Clerk

/td
Enclosures