BK: 2069 PG: 781

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

JUL 1 6 2007

UNITED STATES OF AMERICA

vs.

James Clifford Rauch

CRIM NO. 2:07-47-01-WOB

MAG. NO.

```
200700019762
Filed for Record in
CLERMONT COUNTY, OH
CAROLYN GREEN
07-03-2007 At 11:48 am.
FED NO LIEN       5.00
OR Book 2069 Page  781 - 785
```

## LIS PENDENS NOTICE

Notice is hereby given that **James Clifford Rauch** of **Cincinnati, Ohio** (ADDRESS, CITY), ~~Kentucky~~, being sole owner~~(s)~~ of the herein-described real estate located in **Clermont** County, **Ohio** ~~Kentucky~~, pledge the entire value of said property as surety on the Appearance Bond in the amount of $**55,000.00** for **James Clifford Rauch** (NAME OF DEFENDANT) in the above-styled case to the United States District Court for the Eastern District of Kentucky, at **Covington**, Kentucky, on the **28th** day of **June**, ~~19~~ **2007**.

Said property was conveyed by deed recorded in the **Clermont**, County Clerk's Office in Deed Book **604 &**, Page **180**, and is more
OR Book **1521**    Page **342-343**
particularly described as follows:

See Deeds Attached

This Lis Pendens is effective until such time as it is released by the Clerk, United States District Court, Eastern District of Kentucky, at **Covington**, Kentucky.

Return to:

Lynn Battaglia, Clerk
P.O. Box 1073
Covington, KY 41012-1073

LESLIE G. WHITMER, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
BY: Tammy Dallas
(DEPUTY CLERK)