UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at COVINGTON
DOCKET NO. 07-47-WOB

UNITED STATES OF AMERICA    )
          )
        Plaintiff    )
          )
vs.          )    MOTION FOR REARRAIGNMENT
          )
JAMES RAUCH    )
          )
        Defendant    )

_____

        The Defendant, James Rauch, by and through counsel respectfully moves this Court to be re-arraigned and enter a Plea of guilty on the above case.

                    Respectfully submitted;

                    BUSALD FUNK ZEVELY. P.S.C.

                    BY:_____/s/_____
                    BURR J. TRAVIS (#71370)
                    Attorney for Defendant
                    226 Main Street
                    P.O Box 6910
                    Florence, KY  41022
                    (859) 371-3600

cc. Hon. Tony Bracke-U.S. Attorney
    Court Clerk