DEC - 2 2009

## CERTIFICATE OF OFFICIAL COURT REPORTER

TO: CLERK, UNITED STATES DISTRICT COURT FOR THE _Eastern_ DISTRICT OF _Kentucky_

I, _Joan Averdick_ (name of court reporter), certify that I am a duly appointed official court reporter for the United States District Court named above, and that I was present in the courtroom of said court on the _1st_ day of _December 2009_ and in the regular course of my profession made an electronic sound recording of the proceedings, including the arraignment, plea, and sentence proceedings had in the following cases:

| Document Number | Name of Defendant | Nature of Proceeding (Arraignment, plea, sentence) | |
|---|---|---|---|
| # 07-41 | Stanley Brown | plea | 10/19/07 |
| # 07-47 | James Rauch | arr | 6/22/07 |
| | " | plea | 8/13/07 |
| # 07-45 | Dorry Joe Earnest | arr | 6/22/07 |
| | " | plea | 8/10/07 |
| | " | sent | 11/16/07 |
| # 07-41 | Jelena Lindsey | plea | 8/10/07 |

I have played back said recording and certify that it is a true and correct record of the proceedings had, that it is sufficiently intelligible when played on a _Denon_ (make and model of machine), that it can be transcribed without undue difficulty, and that I have filed the original of said recording in the envelope to which this certificate is attached.

I further certify that I have filed my original (shorthand notes) (other record) taken of these proceedings with the clerk as required by 28 U.S.C. 753(b) as amended.

_Joan Averdick_ (signature)

_Covington, Ky._ (place)