Eastern District of Kentucky
**F I L E D**

**United States District Court
for
Eastern District of Kentucky**

NOV 2 6 2018

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**

Offender: **James Clifford Rauch**  Case Number: **2:07CR47-WOB-1**

Sentencing Judge: **The Honorable William Bertelsman
Senior United States District Judge**

Date of Sentence: **November 21, 2007**

Original Offense: **Travel with Intent to Engage in Illicit Sexual Conduct in violation of Title 18 U.S.C. § 2423(b)**

Sentence: **46 months confinement, followed by a lifetime term of supervised release**

Type of Supervision: **Supervised Release**  Supervision Scheduled to Commence: **February 19, 2011**

## PETITIONING THE COURT

☐ To extend the term of supervision for --- years, for a total term of --- years.
☒ To modify the conditions of supervision as follows:

### CAUSE

On November 21, 2007, James Rauch appeared before Your Honor for sentencing. At that time, the defendant was adjudged guilty of the offense Travel with Intent to Engage in Illicit Sexual Conduct and he was sentenced to 46 months confinement, followed by a lifetime term of supervised release. The following special condition was imposed at sentencing:

The defendant shall not possess or use a device capable of creating pictures or video.

Mr. Rauch has recently experienced some health concerns resulting in his hospitalization. Upon discharge from the hospital, it was recommended that the family check in on him a regular basis to ensure he is taking care of himself. Mr. Rauch currently has regular contact with an occupational therapist who comes into his home twice a week. On the other days his daughter, Heidi Morrissey, has been making frequent home visits to ensure his wellness needs are being met. Ms. Morrissey recently asked if she could give her father a smartphone. She related this will allow her to maintain regular communication with the defendant and it will also allow her to conduct video telephone calls with him when she is unable to conduct a home visit.

The current conditions of supervision as noted above does not allow Mr. Rauch to have a smartphone. Mr. Rauch is agreeable to monitoring software being installed on his smartphone. This will mitigate any perceived risk of the defendant's use of a device which is capable of creating pictures or video.

PROB 12B
(12/98)
Re: RAUCH, James Clifford
Case No.: 2:07CR47-WOB-1

2

To allow Mr. Rauch to have access to a smartphone, it is respectfully recommended the defendant's conditions of supervision be modified to include the following:

1. The defendant shall consent to the U.S. Probation Office conducting unannounced examinations of any and all electronic devices (i.e. computer system(s), internet/external storage devices, hand-held devices, etc.), which may include the retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection and will consent to having installed on his computer(s) or electronic devices any hardware/software to monitor device use or prevent access to particular materials, and to consent to periodic inspection of any such installed hardware/software to insure it is functioning properly. The defendant shall provide the U.S. Probation Office with accurate information about his entire computer system (hardware/software) and all electronic devices; all account user names; all passwords used by him; and, will abide by all rules of the Electronic Device Restriction and Monitoring Program.

2. The defendant shall not possess or use any computer or any electronic device with access to any online computer service at any location (including place of employment) without the prior written approval of the probation officer. This includes any internet service provider, bulletin board system, or any other public or private network or email system.

3. The defendant shall submit his person, residence, office, vehicle, or any property under his control to a search conducted by the United States Probation Office, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation of supervision. The defendant shall inform any other residents that the premises may be subject to searches pursuant to this condition.

Mr. Rauch is in agreement with the recommended modification of his Conditions of Supervised Release and his signed waiver (Prob49) is attached. It is respectfully recommended the Court adopt the modification of the defendant's Conditions of Supervised Release, in doing so it will permit Mr. Rauch to have access to a smartphone which will provide his family with another option for monitoring his wellness.

If additional information is necessary, please contact the undersigned at (513) 564-7595.

Respectfully submitted,    Reviewed,

by   *[signature]*          by   *[signature]*

Todd C. Morris              Shawn Donoho
U. S. Probation Officer     U.S. Probation Officer

Date: November 19, 2018     11/19/18

PROB 12B
(12/98)
Re: RAUCH, James Clifford
Case No.: 2:07CR47-WOB-1

3

## THE COURT ORDERS:

☐ No Action

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above

☐ Other

*William O. Bertelsman*
Signature of Judicial Officer

11/26/18
Date