AO 436
(Rev. 04/13)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS** Eastern District of Kentucky
FILED

**AUDIO RECORDING ORDER**

*Read Instructions.*

JUN 1 1 2024

| 1. NAME Adam Mellion | 2. PHONE NUMBER (401) 954-1934 | 3. EMAIL ADDRESS adam.mellion@gmail.com |
|---|---|---|
| 4. MAILING ADDRESS 4535 Bloomington Avenue | 5. CITY Minneapolis | AT COVINGTON Robert R. Carr 6. STATE MN CLERK U.S. DISTRICT 7. ZIP CODE 55407 |

| 8. CASE NUMBER 2:07-cr-00047-DLB-1 | 9. CASE NAME USA v. Rauch | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 10. FROM 6/14/2007 | 11. TO 11/26/2007 |
| 12. PRESIDING JUDGE Judge David L. Bunning |  | LOCATION OF PROCEEDINGS |  |
|  |  | 13. CITY Covington | 14. STATE Kentucky |

### 15. ORDER FOR

| | |
|---|---|
| ☐ APPEAL | ☒ CRIMINAL |
| ☐ NON-APPEAL | ☐ CIVIL |

☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY

☐ IN FORMA PAUPERIS     ☐ OTHER *(Specify)*

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | Arraignment | June 22, 2007 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Plea | August 13, 2007 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| **ESTIMATE TOTAL** | | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE Adam Mellion | 19. DATE 6/5/2024 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER | |
|---|---|---|---|---|---|
| | DATE | BY | | | |
| ORDER RECEIVED | | | DEPOSIT PAID | | |
| DEPOSIT PAID | | | TOTAL CHARGES | | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | | 0.00 |

**DISTRIBUTION:**     COURT COPY     ORDER RECEIPT     ORDER COPY